IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Richardson, Brian Lee | Case Number: 05 B 02452 |
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 1/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 10, 2008
Confirmed:  March 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,012.27 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,111.43 |
| Priority: | | 0.00 |
| Administrative: | | 1,400.00 |
| Trustee Fee: | | 460.71 |
| Other Funds: | | 40.13 |
| Totals: | 9,012.27 | 9,012.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,400.00 | 1,400.00 |
| 2. | Citibank NA Student Loan | Unsecured | 929.98 | 493.46 |
| 3. | Citibank NA Student Loan | Unsecured | 555.92 | 282.05 |
| 4. | American Express Centurion | Unsecured | 1,264.20 | 670.83 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 10.50 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 4,459.50 | 2,366.37 |
| 7. | Portfolio Recovery Associates | Unsecured | 160.40 | 81.27 |
| 8. | Portfolio Recovery Associates | Unsecured | 2,174.67 | 1,153.90 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,287.64 | 683.25 |
| 10. | ECast Settlement Corp | Unsecured | 617.84 | 313.46 |
| 11. | Resurgent Capital Services | Unsecured | 1,764.50 | 936.29 |
| 12. | RoundUp Funding LLC | Unsecured | 245.75 | 130.55 |
| 13. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 14. | Illinois Masonic Medical Center | Unsecured | | No Claim Filed |
| 15. | MBNA America | Unsecured | | No Claim Filed |
| 16. | People's Bank | Unsecured | | No Claim Filed |
| 17. | MBNA America | Unsecured | | No Claim Filed |
| | | | $ 14,870.90 | $ 8,511.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Richardson, Brian Lee

Printed: 03/24/09

Case Number: 05 B 02452
Judge: Squires, John H
Filed: 1/26/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 35.94 |
| 3% | 16.00 |
| 5.5% | 165.45 |
| 5% | 35.19 |
| 4.8% | 50.50 |
| 5.4% | 111.77 |
| 6.5% | 45.86 |
| | $ 460.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

